ANDREW CAPUTO, an Infant, by VINCENZO CAPUTO, His Guardian ad Litem, Respondent, *v.* KOSMOS ENGINEERING COMPANY et al., Appellants.

(Submitted May 13, 1912; decided May 21, 1912.)

Motion for re-argument denied, with ten dollars costs (See 205 N. Y. 563.)

---

In the Matter of the Transfer Tax upon the Estate of MARTHA M. READ, Deceased.

JOHN B. DAHLGREN et al., as Executors of and Trustees under the Will of MARTHA M. READ, Deceased, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

(Submitted May 13, 1912; dedided May 21, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 672.)